1

2

3

4                          UNITED STATES DISTRICT COURT

5                         EASTERN DISTRICT OF WASHINGTON

6    DAVID MAIER,

7                              Petitioner,              NO:  2:21-CV-0137-TOR

8        v.                                             ORDER OF DISMISSAL WITHOUT
                                                        PREJUDICE
9    STATE OF WASHINGTON and
     COUNTY OF CHELAN,
10
                              Respondents.
11

12        On April 9, 2021, Plaintiff filed a *pro se* Petition for Writ of Habeas Corpus

13   under 28 U.S.C. § 2254, without paying the $5.00 filing fee or seeking leave to

14   proceed *in forma pauperis.*  ECF No. 1.

15        By letter dated April 9, 2021, the Clerk of Court sent Petitioner an Application

16   to Proceed Without Payment of Fees and Affidavit.  ECF No. 2.  The letter advised

17   Petitioner of his failure to seek in forma pauperis status or pay the required fee and

18   asked him to remedy the issue.  He did not do so.

19        On May 10, 2021, this Court ordered Petitioner to submit a completed *in*

20   *forma pauperis* application within thirty (30) days of the date of that Order.  In the

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

alternative, Petitioner was advised that he could pay the full $5.00 filing fee. Petitioner was advised that his failure to do so within 30-days would result in the dismissal of this case.  Petitioner has neither paid the filing fee nor sought in forma pauperis status.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED without prejudice** for failure to comply with the filing fee or in forma pauperis requirements of 28 U.S.C. §§ 1914 and 1915.

2. The Court certifies any appeal of this dismissal would not be taken in good faith.

The Clerk of Court is directed to enter this Order, enter judgment, forward a copy to Plaintiff and **close** the file.

**DATED** June 10, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2